B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

In Re:                                                    Case No.  1543836
JAMES F STASZAK

REBECCA J STASZAK

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                        SPRINGLEAF FINANCIAL SERVICES, INC

-------------------------------------------               -------------------------------------------
Name of Transferee                                        Name of Transferor


Name and Address where notices to transferee             Court Claim # (if known): 2
should be sent:                                          Amount of Claim: $10,047.74
Portfolio Recovery Associates, LLC                        Date Claim Filed: 01/12/2016
POB 41067
Norfolk, VA 23541


Phone: (877)829-8298                                     Phone:
Last Four Digits of Acct # :  1609                       Last Four Digits of Acct #: 1609

Name and Address where transferee payments               Seller Information
Should be sent (if different from above)                  SPRINGLEAF FINANCE, INC.
Portfolio Recovery Associates, LLC                        601 N.W. Second Street
POB 12914                                                 Evansville IN 47708
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 1609



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: /s/ Amanda M Hopkins                                  Date: 11/23/2016
    -------------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## ASSIGNMENT AND BILL OF SALE

Springleaf Finance, Inc., as Attorney-in-Fact for Wilmington Trust, National Association, in its capacity as trustee for SpringCastle America Funding Trust, SpringCastle Credit Funding Trust and SpringCastle Finance Funding Trust (collectively the "Sellers"), have accepted assignment of an Account Purchase and Sale Agreement dated the 24th day of November, 2015 and all amendments thereto ("Agreement") for the sale of Accounts as defined in Section 1 of the Agreement to Portfolio Recovery Associates, LLC, (hereinafter called "Purchaser"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Purchaser, its successors and permitted assigns, all of Sellers' rights, title, and interest and obligations in and to the Accounts owned by such Sellers and identified on the Sale Files delivered by the Sellers to Purchaser in electronic file form in conjunction herewith and titled ███████████████.

IN WITNESS WHEREOF, Sellers have signed and delivered this instrument on the 18th day of July, 2016.

Springleaf Finance, Inc., as Attorney-in-Fact for Wilmington Trust, National Association, in its capacity as trustee for SpringCastle America Funding Trust, SpringCastle Credit Funding Trust and SpringCastle Finance Funding Trust

By: _____

Printed Name: Troy E. Hartsell

Title: Senior Managing Director