# OFFICE OF THE CHAPTER 13 TRUSTEE MARILYN O. MARSHALL

OFFICE OF THE CHAPTER 13 TRUSTEE
MARILYN O. MARSHALL, STANDING TRUSTEE
224 SOUTH MICHIGAN AVENUE, SUITE 800
CHICAGO, IL 60604-2500

VOICE: (312) 431-1300
FAX: (312) 431-1656
WEBSITE: WWW.CHICAGO13.COM

---

**15 B 43836**　　　　　**Change of Address**　　　　　September 19, 2017

**Old Address:**

James F Staszak
Rebecca J Staszak
10117 Maple Ave
Oak Lawn, IL 60453

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 06 2017

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

**Judge**
LaShonda A. Hunt

**Attorney**
Cutler & Associates Ltd
4131 Main St
Skokie, IL 60076
Phone: (847) 673-8600

---

This form provides you with the steps you need to take to change your address. Please be advised that the Trustee will not change your address until this form has been completed and filed with the US Bankruptcy Court at the address listed below. The court will electronically forward a copy of your change to the Trustee.

**Joint Filers**
Complete the boxes below to update the address for each person listed in the case. If the address change is for one person only, then complete that section only.

**Step 1: Enter new address and sign.**

Debtor new address:

    1578 Whispering Oaks Drive
    Brighton, MI 48116

_[signature]_
Debtor signature

Joint debtor new address:

    1578 Whispering Oaks Drive
    Brighton, MI 48116

_[signature]_
Joint debtor signature

**Step 2: Mail this form to:**

United States Bankruptcy Court
219 S. Dearborn Street, Suite 713
Chicago, IL 60604

Do **NOT** mail this form back to the Trustee's office.

**Notice**
The US Bankruptcy Court is the official record keeper of all documents pertaining to your case. If you fail to file your address change with the court, you may not receive proper notice from individual parties in your case, such as the Trustee, creditors, and your attorney. Contact your attorney if you need help completing and filing this form.